I call for an oral argument with Patel v. Twinkle Enterprises. Counsel, whenever you're ready, you may proceed. If I may please the Court, my name is Rob Edmonds. I represent Ragini Patel, the plaintiff. The case below in the appellee, in my understanding, is the appellant's attorney. He's not present at this point. Could you speak just a bit louder, please? I certainly can. I apologize. No, that's fine. I'd actually intend on spending most of my time responding to the appellant's arguments. This may be a bit abbreviated, but just to state the facts of the case. It's an interesting story, if nothing else. Ragini Patel, everybody in this story is of Indian descent from the country of India. And Ragini Patel came to this country in 1998, subject to an arranged marriage that took place in India in 1996. The Patel family picked her up at the airport. She'd gotten married to Nathan or Nick Patel. Now, Nick is the son-in-law of Henry, also known as Hiram Patel. They're Americanized names. They're Henry and Nick. And Henry owned a number of Subway sandwich stores in the Metro East area with some other businesses. And Nick had been working for these Subway stores as a manager, along with Nick's sister, Hina, which is Henry's wife. And after bringing Ragini home that evening from the airport, she got up the next morning, woke up the next morning by the Patel family and was told, you're going to work, essentially. She said, you're going to go work at the Subway store? She was given a uniform, got a name tag with a name on it, taken to the debaucher store in St. Louis. And Hina started showing her how to slice tomatoes and make sandwiches at the Subway store. And she went to work every day with the family at the store. And a couple weeks into it, Ragini asked Nick, when am I going to get paid? And the story repeats itself over and over again. And Nick essentially said, Henry, we'll pay you. He's going to take care of it, and essentially shut up. Now, there's a little bit of a cultural divide here, and we may have some difficulty understanding the situation. But as Ragini explained to the court below, in the Indian culture, and certainly her position in it, she was not in a position to confront Henry, the family patriarch, directly. She would be expected to go through her husband, Nick, and to work out family disputes and other things in that way. So when she questioned Nick about this, and Nick was working as an agent of Henry in Twinkle Enterprises, which is the corporate entity that Henry ran at all these Subway stores, she asked her manager, Nick, husband, agent of Henry, when am I going to get paid? Well, he's going to pay you at the time, minimum wage is $5.15 an hour. And she was working as a crew member, learning the trade. And Henry's going to take care of it, basically keep your mouth shut, keep your nose clean. This is going to be fine. Well, they were all living in one house, seven individuals, including Ragini at that time, small ranch house with a basement. Nick, her husband, had been living in a windowless basement room for several years with Henry's family, working for the family business. And when Ragini came to live with them, she essentially got half that room. And so she moved in with Nick, her husband, and went to work every day. This continued for years. Look at this. This is between 1999 and 2003. She was transferred to different stores. She went from being a crew person, not knowing anything and speaking little English, to running one of the Granite City stores at Pontoon Beach. And I brought witnesses in to try. And if you had gone into the Pontoon Beach store between probably 2000 and 2003, chances are about 99.9% that the only employee for the most time you would have seen working in there was Ragini Patel. She was managing the store and usually working there by herself. She literally opened the store and closed the store seven days a week for the most part. There was really no dispute about this at trial. And despite being a good employee, and she dealt with customers, she sold the food, she cleaned the store, she ordered the goods, she was signing off on health department records, and all of this is in the record, she never got a paycheck. And I had employed payroll records for years and years. And everybody else showed up on the payroll register. Nick, Dina, Henry, various other relatives. Ragini never showed up in there. They agreed we never paid her a check. And so their position was essentially, well, she got free room and board and that was the deal and we're even. Well, there was never any agreement that that was going to be the deal. In fact, Henry Patel, it's in the record, agreed at trial and at deposition. No, there never was an agreement that I would provide her a place to live in exchange for her work. And certainly the plaintiff's position is that when she confronted Nick several times, this is I think by her testimony 15 or 20 times, about the pay, and this went from minimum wage to manager pay, which the payroll records indicated that managers at the time were earning about $900 every two weeks. She was told she became a manager by Nick. You're going to get paid, manager pay, just like everybody else. It's going to happen. And Mr. Henry Patel testified, and there was really no dispute about this. He never had a direct conversation with Ragini about, you know, what she was going to get paid or how many hours she was going to work and things like that. And he was just blissfully ignorant of the whole deal. Now, Henry would go into the store like any of his others from time to time, see Ragini working back there waiting on the customers, answering the phone, dealing with the health department. He had access to all the payroll records. His wife was in charge of payroll. And apparently this never occurred to him to inquire, Nick, what is the deal with Ragini working here as the only employee in the store, managing one of my stores for the most part, and I don't see her name on payroll, and I know she's not getting a check. Well, the financial aims they had were certainly unorthodox, if nothing else. Through trial testimony and depositions, we learned that when Nick would get paid, and this was somewhat sporadic, we have the payroll records showing he was earning $900 every two weeks, but when you look at W-2, it came substantially less than that. So the testimony was that when Nick would get paid, and again this is sporadic, he would literally and immediately turn the check over, sign his name to the back of it, and hand it right back to Henry. And apparently Hena was doing the same. Henry and Hena were paying themselves. And as to Nick, the husband, although he would get a paycheck from time to time, would give it back to Henry or the company, whichever, and Henry would apparently dole out some cash from time to time or allow Nick to take some money out of the cash register as he needed. Now, there was never any evidence produced as to how much cash Nick was allowed to take. There was no paper record of it, and Henry didn't seem to have any memory. Now, I do question that because Henry struck me as being a fairly astute business person. I'm pretty certain he knows where every nickel and dime goes to, but his testimony at trial was that he wasn't really sure how much it amounted to, but he had produced a list, and this is, I believe, Exhibit 38, of all the things that they claimed as set-offs that they should get credit for, he and the corporation apparently, for providing to Braghini over the years, including things like rent. He wanted to charge her, I think, $400 or $500 a month for rent while she was living there. Now, keep in mind, she got half Nick's room in the basement with no window and very little privacy that Nick was living in rent-free from the beginning. And Henry had also said at trial that essentially the rent was being paid, he considered the rent being paid by Nick through whatever payment arrangements he had with Nick, handing the check back over. So at one point, Hannah, during the trial, even admitted that, well, Braghini did get paid. Okay, well, how did she get paid? Because I've never seen a paycheck with a name on it. Well, she was getting paid through her husband, so whatever we were paying Nick was really, that was covering both of them. Well, one, whatever was being paid to Nick was going directly back to Henry and 24 Enterprises. And secondly, Nick's wages did not increase really at all after he got married. He was getting paid essentially the same as he was working by himself, as when his wife was also working, so the two of them were endeavoring and running Henry's stores, and yet Nick's pay doesn't go up. Maybe a little bit, but again, it's kind of sporadic, it goes back and forth. But there is certainly no indication that his pay was doubled to cover both of them. So Henry wants to seek, you know, an equitable remedy here and say, well, you know, we could have lived with at trial if the lower court had decided this was an unjust enrichment situation and this was done in equity, maybe we got some credit for things we supplied. Well, Judge Chapman heard all the evidence about whatever they were claiming were set-offs or credits they should be permitted, and I had gone through discovery for years trying to get them to comply, to produce records, documents, any evidence needed to prove what they had supplied to her. And there was virtually nothing. And the judge heard whatever it was they were claiming that they provided. One of the things in his line item I think was $60,000 in miscellaneous checks. Well, where are those checks, I asked. Where are they? Well, I'm not sure, they're around here somewhere. It never came to light. It also claimed that he had given her a house. Well, as part of sort of the unwritten deal they had, I supplied her with a house. Well, what are you talking about? Because she's not living in the house. She doesn't own a house. Her name's not on the house. Well, there was a transaction at one point where Henry sold the house that all seven had been living in to Nick and Regini. But when the transaction was described, and it still has difficulty understanding exactly what took place, Henry walked away from that transaction with something like $11,000 in cash. I had it financed and made a profit on the deal. And then once Nick and Regini were living in the house, the payments were still being made by Henry, whose name was still on the documents, and Nick was still signing his checks over to Henry at that point. And it's just, it's bizarre. I still haven't figured it out. But the one thing I know, and one thing that was agreed to by everybody in this case, is that Regini Patel was a very good, loyal-as-a-dog employee, worked in the Subway shop for years, literally running it. And I did, I brought in independent witnesses that had no dog in the fight. Once whoever said, yeah, we were in there all the time, Regini did a great job. And always, you know, knew what I was going to eat and had it ready before I got there. The place was always clean. And she was the face of that restaurant, and she never paid a dime to work there. So Henry seeks equity at this point. And I think the first thing I heard, the first day I attended a law school class about equity, was, you know, come to the court with clean hands. And Henry's hands are far from clean unless they are smudged with the smudge of counting his own money over the years, I believe. Let me ask you a question. Yes, sir. I don't know if this is in the record or not. Throughout the Middle East and South Asia, there's like a silent banking system. And it's based on personal trust and relationships. And it's about as informal and as tight simultaneously as one could have a system. And it crosses all borders. Was there any testimony as to any involvement of an arrangement like that as far as money or transfers or anything? Or does the record reflect that this was totally intra-family, totally within the family? Yeah, that's my recollection. I mean, there was some discussion about one of the things Henry was claiming credit for was a loan he had made to Herguini's father at some point. And I think the way that loan did take place was with a couple of phone calls and connection, and somehow or another somebody over there gave the money to, okay, that's kind of what you're talking about. But as it turned out, that money had been – I mean, Henry had been in trouble. That money actually had been paid presumably through the same process back to Henry. So, I mean, that wasn't even an issue at all. So there was no paying your family for letting you come over here, nothing like that. Essentially, what happened, believe it or not, is this lady was brought here. Again, first day she wakes up in this country, she is sent to work and given a uniform. It's no one to slice the tomatoes and start serving people, and never got a paycheck. And I'm no cultural expert, but I know there is a caste system that exists in India, and my sort of understanding in dealing with this case for several years was that she was sort of the lower – thought to be the lower caste, that essentially you keep your mouth shut, you work in a store, and someday all this will be yours, I guess, is sort of what she was led to believe. And certainly Henry Patel never did anything to disabuse her of that belief. But the testimony was from her, and Judge Chapman sat there and listened to all these people testify, determined who was telling the truth and who was not. And there were several instances, and I point out some of those in my brief, where Mr. Patel had just – I don't know if there's not a better word, but he just lied. He just lied under oath, and I caught him doing it and impeached him at trial. I mean, he denied to me in a deposition looking to be straight, and I just – I asked him, was there ever a time when you would give Nick a paycheck, and he would just sign the back of it and give it right back to you? No. The answer was no, it couldn't be any clearer. Well, when push came to shove and some documents were turned up, he admitted to trial. Well, yeah, we did do that most of the time. Nick said they did it all the time. Nick didn't even have a checking account. They also claimed things like we provided her two cars during this time period. We should get credit for that. Where are those cars? Because she doesn't have them. She didn't even have a driver's license at this time. What about – there was a mention in the brief about providing her with some sort of jewelry. Was there any testimony – I am really glad you asked me that question because I would love to know the – actually, I know the jewelry. Everybody knows the case. Henry has the jewelry. He said – one of the things, if you look at their line items there, one of the things they claimed credit for, we labeled her with gold jewelry. I think this is part of the Indian culture. When somebody gets married, if there's an event, gold is pretty important in the culture. And so we gave her all this great jewelry. Well, she doesn't seem to have it. Where is it? Well, I have that. It's in my lockbox or something. Well, can she please have it back and maybe we'll give you some credit? But he was claiming credit for something that he presumably had given her and then taken back. And that's what this case is like from start to finish. Like I said, it's this bizarre set of circumstances. But, you know, Henry allowed this to occur. He admitted – and it's in the brief. Well, you know, I asked him, what were you thinking? When you go in there, you would see Raheem working in your store. You know she's not getting paid. What did you think the deal was? Well, I thought that there must – she must have had some understanding with her husband, you know, my manager and my sister's brother. Must have had some understanding. I'm like, well, my understanding from the testimony of her is that when she confronted Nick about, well, I'm going to get my paycheck, I said, Henry's going to pay you. Don't worry about it. Just keep your mouth shut and you deal with me and everything will be fine. Just don't rock the boat. And so Henry – I asked Henry, I said, well, they had some understanding. Yeah, I said, well, whatever understanding it was that you had, but apparently you don't seem to be quite aware of it, was it okay with you then? Yeah, I guess it was. Well, I think he admitted right there whatever the deal was they had was okay by him. He had ratified it. But he knew what was going on. He knew she wasn't getting paid and he was taking advantage of the situation. So he now takes equity from this court. After not even paying the state taxes on her income, that's the courts the very real world labor under right now. It's just appalling. And I don't know if there's more of this. I assume there's – that goes on out there that I'm not aware of. But when I first, you know, heard of the faxes case, I couldn't believe it, but it all turned out to be true. And so here we are after working in his store for something like four years and based upon the wage rates at the time, and really nobody disputed it, but she was working something like 60 hours a week at some point, being the sole essentially employee at one of the stores. And I worked in restaurants when I was going to school. I know it's hard work. It's long hours. And she was doing that work, never got paid for it. And based upon the wage rates at the time, what managers were making and what she would have been making at minimum wage, she was owed something like I think $65,000 plus we got agreed on what the Social Security amount was, and I think the total budget came to something like $70,000, including the Social Security payroll tax. And it's never been paid. She's still waiting for her payment. And to this day, I think Henry Patel is still sitting on that money. Any questions? No. Thank you, Counsel. Thank you. We appreciate your closing counsel's brief. We'll take the matter under advisement. Thank you for your oral argument. You're welcome.